MARX D. SLONIM et al., Appellants, v. SAMUEL BRODIE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Foster and Bergan, JJ.

■

WM. PEYTON MARIN, Respondent, v. MILTON GREENSTEIN et al., as Executors of HAROLD W. ROSS, Deceased, Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Foster and Bergan, JJ.

■

HELLER ROSE CORP., Appellant, v. ISADORE SETTLOW et al., Doing Business as ISADORE SETTLOW Co., et al., Defendants, and JEROME S. ROSE, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Foster and Bergan, JJ.

■

LAURENCE FRAZIER, Doing Business as LAURENCE FRAZIER & Co., On His Own Behalf and On Behalf of All Similarly Situated Former Holders of Bonds of the Republic of Peru, Appellant, v. HANOVER BANK, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ.

■

MARK PLANT, Respondent, v. LUMINART LAMPSHADE PRODUCTS, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the discovery and inspection to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ.

■

In the Matter of MICHAEL BOWERS et al., Appellants, to Vacate Subpœnas Issued by JOSEPH M. PROSKAUER et al., Constituting the New York State Crime Commission, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Bergan, JJ. [203 Misc. 653.]